# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DISTRICT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | 4:13CR00219-04 SWW |
| | ) | |
| **DWAYNE GIBBS** | ) | |

## ORDER

The Court has been advised the government no longer seeks an arrest warrant for the defendant. As a result, the motion for arrest warrant (docket entry no. 25) is denied. The Clerk of the Court is directed to issue a summons for the defendant to appear for plea and arraignment on September 24, 2013, at 10:00 a.m., before United States Magistrate Judge Beth Deere.

IT IS SO ORDERED this  30   day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE