IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

VS.                          NO. 4:13CR00219-04-SWW

DWAYNE GIBBS                                                         DEFENDANT

## ORDER

At a hearing on September 24, 2013, Mr. Gibbs was placed on bond, with conditions, including drug testing and treatment if required by the pretrial services office. This condition of release was inadvertently omitted from the written Order Setting Conditions of Release (Docket entry #43). The Order is hereby modified to include drug testing and treatment if deemed appropriate by the pretrial services office. All other imposed conditions of release remain in force.

IT IS SO ORDERED this 26th day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE