# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.            NO. 4:13CR00219-02 SWW

PEARL LEATHA PARKER            DEFENDANT

## ORDER

The Government has filed the pending motion to revoke. See Document 51. In the motion, the Government asks the Court to issue a summons for defendant Pearl Leatha Parker ("Parker") and schedule a hearing for her to appear and show cause why her conditions of release should not be revoked. The Court has reviewed the motion and finds that it should be, and is, granted.

The Clerk of the Court shall issue a summons. The summons shall contain the date, time, and place of the hearing on the Government's motion to revoke Parker's conditions of release.

The hearing on the motion to revoke Parker's conditions of release will be held beginning at 2:00 p.m. on Wednesday, December 11, 2013, in Courtroom 2B of the Richard S. Arnold United States Courthouse in Little Rock, Arkansas.

The portion of the motion seeking the actual revocation of Parker's conditions of release remains pending before the Court.

IT IS SO ORDERED this ___8___ day of November, 2013.

                                            UNITED STATES MAGISTRATE JUDGE